AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

### Return

| Case No.:<br>1:18-sw-06240-SKC | Date and time warrant executed:<br>11/14/2018 | Copy of warrant and inventory left with:<br>Oath Holdings, Inc (fka Yahoo Holdings, Inc) |
|---|---|---|

Inventory made in the presence of : JuJet Larson - Special Agent IRS-CI

Inventory of the property taken and name of any person(s) seized:

A DVD containing various files in response to the search warrant. The DVD was delivered via FedEx on 11/27/2018.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
2:17 pm, Nov 30, 2018
**JEFFREY P. COLWELL, CLERK**

The files on the DVD were named:

1) crosswalkconsulting100_AMT_05.25.2018.pdf
2) crosswalkconsulting100_AMT_11.21.2018.pdf
3) crosswalkconsulting100_YMF_2017.11.06-2018.05.21.333271.txt.gz
4) crosswalkconsulting100_YMF_2017.11.06-2018.11.14.366908.txt.gz
5) crosswalkconsulting100-lt-20181113-31969.csv
6) crosswalkconsulting100-lt-20181121-33313.csv
7) Oath Email Snapshot Help Opera.pdf
8) Oath IR No. 395026 Cover Letter and Declaration.pdf

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/30/2018

_____
Executing officer's signature

JaredErwin - Special Agent IRS-CI
Printed name and title