IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>E-mail accounts and information associated with croswswalkconsulting100@yahoo.com that is in the possession of Oath Holdings, Inc. | Case Number:   18-sw-6240-SKC<br><br>**Filed Under Restriction** |

## MOTION TO UNRESTRICT

The United States hereby respectfully requests the Court enter an order unrestricting the above-captioned case. By order of the Court dated November 14, 2018, the case and all related documents were restricted at Level 3 until further order of the Court. The defendant to whom the search warrant related was indicted in case number 18-cr-00300-MSK, and the Superseding Indictment related to the warrant is unrestricted. To allow for production of discovery, this case must be unrestricted.

Respectfully submitted this 28th day of December, 2018.

                                            JASON R. DUNN
                                            United States Attorney

By: */s/ Anna K. Edgar*
      Anna K. Edgar
      Assistant U.S. Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: Anna.Edgar@usdoj.gov