IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>E-mail accounts and information associated with croswswalkconsulting100@yahoo.com that is in the possession of Oath Holdings, Inc. | Case Number: 18-sw-6240-SKC<br><br>**Filed Under Restriction** |

**ORDER**

THIS MATTER coming before the Court upon motion of the Government to unrestrict in part, and the Court having considered the same,

IT IS HEREBY ORDERED that the Application, Order, and this Motion and Order are unrestricted in part only to allow the disclosure by the Government to defense counsel and law enforcement, and that said documents shall otherwise remain under restriction at Level 3 with no access by the public.

DATED this _____ day of December, 2018.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO