IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>E-mail accounts and information associated with croswswalkconsulting100@yahoo.com that is in the possession of Oath Holdings, Inc. | Case Number:  18-sw-6240-SKC<br><br>**Filed Under Restriction** |

## ORDER

THIS MATTER coming before the Court upon motion of the Government to unrestrict, and the Court having considered the same,

IT IS HEREBY ORDERED that the Motion is GRANTED and the restriction on this case shall be lifted.

DATED: December 28, 2018.

BY THE COURT:

_____

S. KATO CREWS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO